# EXHIBIT A


CT Corporation

**Service of Process Transmittal**
07/30/2021
CT Log Number 539999201

**TO:** Law Dept. Service of Process
Georgia-Pacific LLC
133 Peachtree St. NE, 42nd Floor
Atlanta, GA 30303

**RE: Process Served in Illinois**

**FOR:** Georgia-Pacific Corrugated IV LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | WILLIAM RIVERA, PLTF. vs. GEORGIA-PACIFIC, LLC., ET AL., DFTS. // TO: Georgia-Pacific Corrugated IV, LLC<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 2021L007670 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/30/2021 at 03:45 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/30/2021, Expected Purge Date: 08/04/2021<br><br>Image SOP<br><br>Email Notification,  Law Dept. Service of Process  gplawsop@gapac.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**            Fri, Jul 30, 2021

**Server Name:**     Todd Martinson

| Entity Served | GEORGIA-PACIFIC CORRUGATED IV LLC |
|---|---|
| Case Number | 2021 L 007670 |
| Jurisdiction | IL |



FILED
7/29/2021 4:01 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L007670

| | |
|---|---|
| **2120 - Served** | **2121 - Served** |
| **2220 - Not Served** | **2221 - Not Served** |
| **2320 - Served By Mail** | **2321 - Served By Mail** |
| **2420 - Served By Publication** | **2421 - Served By Publication** |
| **Summons - Alias Summons** | **(08/01/18) CCG 0001 A** |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

WILLIAM RIVERA,

(Name all parties)

v.

GEORGIA-PACIFIC, LLC, ET AL.,

Georgia-Pacific Corrugated IV, LLC
R/A: C T Corporation System
208 S. La Salle Street, Suite 814
Chicago, IL 60604

Case No.

☑ **SUMMONS**   ☐ **ALIAS SUMMONS**

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

**Summons - Alias Summons**                                    **(08/01/18) CCG 0001 B**

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 32692

Atty Name: DAVID KOCH

Atty. for: PLAINTIFF

Address: 5947 W. 35TH STREET

City: CICERO

State: IL    Zip: 60804

Telephone: 708-656-9900

Primary Email: davidg@dkoffices.com

Witness: _____

7/29/2021 4:01 PM IRIS Y. MARTINEZ

DOROTHY _____ Clerk of Court

Date of Service: 7-30-21
(To be inserted by officer on copy left with Defendant or other person):

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

# CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

## Daley Center Divisions/Departments

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

FILED
7/29/2021 4:01 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L007670

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| WILLIAM RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| GEORGIA-PACIFIC, LLC., GEORGIA-PACIFIC | ) | |
| CORRUGATED IV, LLC., KOCH INDUSTRIES | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **COMPLAINT**

NOW COMES, the Plaintiff, William Rivera, by and through his attorneys, Koch &

Associates, P.C. and complains of the Defendants, Georgia-Pacific, LLC., Georgia-Pacific

Corrugated IV, LLC., and Koch Industries, Inc., as follows:

### **JURISDICTION AND VENUE**

1.      The court has jurisdiction in this matter pursuant to 735 ILCS 5/2-209(a)(2), since this

action is premised on a tortious act that occurred in Cook County, State of Illinois.

2.      Venue is proper in this court pursuant to 735 ILCS 5/2-101, since the action complained

of herein occurred in Cook County, State of Illinois.

### **THE PARTIES**

3.      Upon information and belief, and at all times relevant to this action, the Plaintiff, William

Rivera, is a resident of Cook County, State of Illinois.

4.      Upon information and belief, and at all times relevant to this action, the Defendant,

Georgia-Pacific, LLC., is a company doing business in the State of Illinois.

5.      Upon information and belief, and at all times relevant to this action, the Defendant,

Georgia-Pacific Corrugated IV, LLC., is a company doing business in the State of Illinois.

6.     Upon information and belief, and at all times relevant to this action, the Defendant, Koch Industries, Inc., is a company doing business in the State of Illinois.

## GENERAL ALLEGATIONS

7.     At all times relevant to this action, the Plaintiff, William Rivera, was an employee, agent, and/or representative of the Defendant, Georgia-Pacific, LLC.

8.     At all times relevant to this matter, the Defendant, Georgia-Pacific, LLC., is a paper and pulp manufacturing company.

9.     At all times relevant to this matter, the Defendant, Koch Industries, Inc., is the owner of the Defendant, Georgia-Pacific, LLC.

10.     On or about September 26, 2019, at or about 2 p.m., the Plaintiff, William Rivera, started his work shift for the Defendant, Georgia-Pacific, LLC., located at or near 905 Meridian Lake Drive, Aurora, IL 60504, (hereinafter, "the Premises").

11.     At or about 4:00 p.m., the Plaintiff, William Rivera, while on the Premises and on-duty, was feeding rolls of paper into a machine, as he was instructed to do so by an employee, agent, and/or representative of the Defendant, Georgia-Pacific, LLC.

12.     At the time and place aforesaid, the Plaintiff, William Rivera, suffered an injury to his right shoulder as he was feeding the rolls of paper into the machine.

13.     At the time and place aforesaid, the Plaintiff, William Rivera, reported his injury to a supervisor for the Defendant, Georgia-Pacific, LLC.

## COUNT I
## NEGLIGENCE
## WILLIAM RIVERA v. GEORGIA-PACIFIC, LLC.

14.     The Plaintiff, William Rivera, incorporates and re-alleges paragraphs 1-13 of this compliant.

15.     At all times relevant to this action, the Defendant, Georgia-Pacific, L.L.C., was under a duty to act reasonably in providing a safe work environment, free from any/all hazards, and to not cause injuries to the Plaintiff, William Rivera.

16.     At the time and place aforesaid, the Defendant, Georgia-Pacific, L.L.C., breached its duty in one or more of the following ways:

     a.     Directed Plaintiff to perform the work in an unsafe manner;

     b.     Failed to provide/recommend Plaintiff with safety equipment;

     c.     Failure to provide/recommend Plaintiff with necessary equipment;

     d.     Failed to provide/recommend a reasonably safe work plan or protocols;

     e.     Failed to provide a reasonably safe workplace;

     f.     Failure to provide/recommend assistance to the Plaintiff as he fed the rolls of paper into the machine;

     g.     Failure to supervise Plaintiff as he fed the rolls of paper into the machine;

     h.     Was otherwise careless, reckless, and negligent in providing a safe workplace for Plaintiff.

17.     That as a direct and proximate result of one or more of the aforementioned careless, reckless, and negligent acts and/or omissions by the Defendant, Georgia-Pacific, L.L.C., sustained bodily injuries and costs related to those injuries.

WHEREFORE, the Plaintiff, William Rivera, demands judgement against the Defendant, Georgia-Pacific, L.L.C., in a sum in excess of $30,000.00, plus court costs, attorney fees, and any other relief this Honorable Court deems fair and just.

## COUNT II
## NEGLIGENCE
## WILLIAM RIVERA v. GEORGIA-PACIFIC CORRUGATED IV, LLC.

18.     The Plaintiff, William Rivera, incorporates and re-alleges paragraphs 1-13 of this compliant.

19.     At all times relevant to this action, the Defendant, Georgia-Pacific Corrugated IV, L.L.C., was under a duty to act reasonably in providing a safe work environment, free from any/all hazards, and to not cause injuries to the Plaintiff, William Rivera.

20.     At the time and place aforesaid, the Defendant, Georgia-Pacific Corrugated IV, L.L.C., breached its duty in one or more of the following ways:

    a.     Directed Plaintiff to perform the work in an unsafe manner;

    b.     Failed to provide/recommend Plaintiff with safety equipment;

    c.     Failure to provide/recommend Plaintiff with necessary equipment;

    d.     Failed to provide/recommend a reasonably safe work plan or protocols;

    e.     Failed to provide a reasonably safe workplace;

    f.     Failure to provide/recommend assistance to the Plaintiff as he fed the rolls of paper into the machine;

    g.     Failure to supervise Plaintiff as he fed the rolls of paper into the machine;

    h.     Was otherwise careless, reckless, and negligent in providing a safe workplace for Plaintiff.

21.     That as a direct and proximate result of one or more of the aforementioned careless, reckless, and negligent acts and/or omissions by the Defendant, Georgia-Pacific Corrugated IV, L.L.C., sustained bodily injuries and costs related to those injuries.

WHEREFORE, the Plaintiff, William Rivera, demands judgement against the Defendant, Georgia-Pacific Corrugated IV, L.L.C., in a sum in excess of $30,000.00, plus court costs, attorney fees, and any other relief this Honorable Court deems fair and just.

### COUNT III
### NEGLIGENCE
### WILLIAM RIVERA v. KOCH INDUSTRIES, INC.

22.      The Plaintiff, William Rivera, incorporates and re-alleges paragraphs 1-13 of this compliant.

23.      At all times relevant to this action, the Defendant, Koch Industries, Inc., was under a duty to act reasonably in providing a safe work environment, free from any/all hazards, and to not cause injuries to the Plaintiff, William Rivera.

24.      At the time and place aforesaid, the Defendant, Koch Industries, Inc., breached its duty in one or more of the following ways:

     a.      Directed Plaintiff to perform the work in an unsafe manner;

     b.      Failed to provide/recommend Plaintiff with safety equipment;

     c.      Failure to provide/recommend Plaintiff with necessary equipment;

     d.      Failed to provide/recommend a reasonably safe work plan or protocols;

     e.      Failed to provide a reasonably safe workplace;

     f.      Failure to provide/recommend assistance to the Plaintiff as he fed the rolls of paper into the machine;

     g.      Failure to supervise Plaintiff as he fed the rolls of paper into the machine;

     h.      Was otherwise careless, reckless, and negligent in providing a safe workplace for Plaintiff.

25.     That as a direct and proximate result of one or more of the aforementioned careless, reckless, and negligent acts and/or omissions by the Defendant, Koch Industries, Inc., sustained bodily injuries and costs related to those injuries.

WHEREFORE, the Plaintiff, William Rivera, demands judgement against the Defendant, Koch Industries, Inc., in a sum in excess of $30,000.00, plus court costs, attorney fees, and any other relief this Honorable Court deems fair and just.

Respectfully submitted,

By: /S/ David Koch
Attorney for Plaintiff

Koch & Associates, P.C.
Attorney for Plaintiff
5947 W. 35th Street
Cicero, IL 60804
Tel: (708) 656-9900
Fax: (866) 258-8351
Email: davidk@dkoffices.com
Atty. No. 32692

6

 **CT Corporation**

**Service of Process Transmittal**
07/30/2021
CT Log Number 539999207

**TO:**     Law Dept. Service of Process
            Georgia-Pacific LLC
            133 Peachtree St. NE, 42nd Floor
            Atlanta, GA 30303

**RE:**     **Process Served in Illinois**

**FOR:**    Georgia-Pacific LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | WILLIAM RIVERA, PLTF. vs. GEORGIA-PACIFIC, LLC., ET AL., DFTS.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 2021L007670 |
| **NATURE OF ACTION:** | Employee Litigation - Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/30/2021 at 03:45 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/30/2021, Expected Purge Date: 08/04/2021<br><br>Image SOP<br><br>Email Notification,  Law Dept. Service of Process  gplawsop@gapac.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                    Fri, Jul 30, 2021

**Server Name:**             Todd Martinson

| Entity Served | GEORGIA-PACIFIC LLC |
|---|---|
| Case Number | 2021 L 007670 |
| Jurisdiction | IL |



FILED
7/29/2021 4:01 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L007670

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| Summons - Alias Summons | (08/01/18) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

WILLIAM RIVERA,

(Name all parties)

v.

GEORGIA-PACIFIC, LLC, ET AL.,

Georgia-Pacific, LLC
R/A: C T Corporation System
208 S. La Salle Street, Suite 814
Chicago, IL 60604

Case No. _____

☑ **SUMMONS**  ☐ **ALIAS SUMMONS**

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**

**cookcountyclerkofcourt.org**

Summons - Alias Summons          (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 32692

Atty Name: DAVID KOCH

Atty. for: PLAINTIFF

Address: 5947 W. 35TH STREET

City: CICERO

State: IL    Zip: 60804

Telephone: 708-656-9900

Primary Email: davidg@dkoffices.com

Witness: _____

7/29/2021 4:01 PM IRIS Y. MARTINEZ

DOROTHY BROWN, Clerk of Court

7-30-21

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

### Daley Center Divisions/Departments

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED
7/29/2021 4:01 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L007670

WILLIAM RIVERA,                          )
                                         )
                    Plaintiff,           )
                                         )
v.                                       )      Case No.
                                         )
GEORGIA-PACIFIC, LLC., GEORGIA-PACIFIC )
CORRUGATED IV, LLC., KOCH INDUSTRIES )
INC.,                                    )
                                         )
                    Defendants.          )

## COMPLAINT

NOW COMES, the Plaintiff, William Rivera, by and through his attorneys, Koch & Associates, P.C. and complains of the Defendants, Georgia-Pacific, LLC., Georgia-Pacific Corrugated IV, LLC., and Koch Industries, Inc., as follows:

### JURISDICTION AND VENUE

1.      The court has jurisdiction in this matter pursuant to 735 ILCS 5/2-209(a)(2), since this action is premised on a tortious act that occurred in Cook County, State of Illinois.

2.      Venue is proper in this court pursuant to 735 ILCS 5/2-101, since the action complained of herein occurred in Cook County, State of Illinois.

### THE PARTIES

3.      Upon information and belief, and at all times relevant to this action, the Plaintiff, William Rivera, is a resident of Cook County, State of Illinois.

4.      Upon information and belief, and at all times relevant to this action, the Defendant, Georgia-Pacific, LLC., is a company doing business in the State of Illinois.

5.      Upon information and belief, and at all times relevant to this action, the Defendant, Georgia-Pacific Corrugated IV, LLC., is a company doing business in the State of Illinois.

1

6.      Upon information and belief, and at all times relevant to this action, the Defendant, Koch Industries, Inc., is a company doing business in the State of Illinois.

## GENERAL ALLEGATIONS

7.      At all times relevant to this action, the Plaintiff, William Rivera, was an employee, agent, and/or representative of the Defendant, Georgia-Pacific, LLC.

8.      At all times relevant to this matter, the Defendant, Georgia-Pacific, LLC., is a paper and pulp manufacturing company.

9.      At all times relevant to this matter, the Defendant, Koch Industries, Inc., is the owner of the Defendant, Georgia-Pacific, LLC.

10.     On or about September 26, 2019, at or about 2 p.m., the Plaintiff, William Rivera, started his work shift for the Defendant, Georgia-Pacific, LLC., located at or near 905 Meridian Lake Drive, Aurora, IL 60504, (hereinafter, "the Premises").

11.     At or about 4:00 p.m., the Plaintiff, William Rivera, while on the Premises and on-duty, was feeding rolls of paper into a machine, as he was instructed to do so by an employee, agent, and/or representative of the Defendant, Georgia-Pacific, LLC.

12.     At the time and place aforesaid, the Plaintiff, William Rivera, suffered an injury to his right shoulder as he was feeding the rolls of paper into the machine.

13.     At the time and place aforesaid, the Plaintiff, William Rivera, reported his injury to a supervisor for the Defendant, Georgia-Pacific, LLC.

## COUNT I
## NEGLIGENCE
## WILLIAM RIVERA v. GEORGIA-PACIFIC, LLC.

14.     The Plaintiff, William Rivera, incorporates and re-alleges paragraphs 1-13 of this compliant.

15.     At all times relevant to this action, the Defendant, Georgia-Pacific, L.L.C., was under a duty to act reasonably in providing a safe work environment, free from any/all hazards, and to not cause injuries to the Plaintiff, William Rivera.

16.     At the time and place aforesaid, the Defendant, Georgia-Pacific, L.L.C., breached its duty in one or more of the following ways:

     a.     Directed Plaintiff to perform the work in an unsafe manner;

     b.     Failed to provide/recommend Plaintiff with safety equipment;

     c.     Failure to provide/recommend Plaintiff with necessary equipment;

     d.     Failed to provide/recommend a reasonably safe work plan or protocols;

     e.     Failed to provide a reasonably safe workplace;

     f.     Failure to provide/recommend assistance to the Plaintiff as he fed the rolls of paper into the machine;

     g.     Failure to supervise Plaintiff as he fed the rolls of paper into the machine;

     h.     Was otherwise careless, reckless, and negligent in providing a safe workplace for Plaintiff.

17.     That as a direct and proximate result of one or more of the aforementioned careless, reckless, and negligent acts and/or omissions by the Defendant, Georgia-Pacific, L.L.C., sustained bodily injuries and costs related to those injuries.

WHEREFORE, the Plaintiff, William Rivera, demands judgement against the Defendant, Georgia-Pacific, L.L.C., in a sum in excess of $30,000.00, plus court costs, attorney fees, and any other relief this Honorable Court deems fair and just.

## COUNT II
## NEGLIGENCE
## WILLIAM RIVERA v. GEORGIA-PACIFIC CORRUGATED IV, LLC.

18.     The Plaintiff, William Rivera, incorporates and re-alleges paragraphs 1-13 of this compliant.

19.     At all times relevant to this action, the Defendant, Georgia-Pacific Corrugated IV, L.L.C., was under a duty to act reasonably in providing a safe work environment, free from any/all hazards, and to not cause injuries to the Plaintiff, William Rivera.

20.     At the time and place aforesaid, the Defendant, Georgia-Pacific Corrugated IV, L.L.C., breached its duty in one or more of the following ways:

     a.      Directed Plaintiff to perform the work in an unsafe manner;

     b.      Failed to provide/recommend Plaintiff with safety equipment;

     c.      Failure to provide/recommend Plaintiff with necessary equipment;

     d.      Failed to provide/recommend a reasonably safe work plan or protocols;

     e.      Failed to provide a reasonably safe workplace;

     f.      Failure to provide/recommend assistance to the Plaintiff as he fed the rolls of paper into the machine;

     g.      Failure to supervise Plaintiff as he fed the rolls of paper into the machine;

     h.      Was otherwise careless, reckless, and negligent in providing a safe workplace for Plaintiff.

21.     That as a direct and proximate result of one or more of the aforementioned careless, reckless, and negligent acts and/or omissions by the Defendant, Georgia-Pacific Corrugated IV, L.L.C., sustained bodily injuries and costs related to those injuries.

4

WHEREFORE, the Plaintiff, William Rivera, demands judgement against the Defendant, Georgia-Pacific Corrugated IV, L.L.C., in a sum in excess of $30,000.00, plus court costs, attorney fees, and any other relief this Honorable Court deems fair and just.

### COUNT III
### NEGLIGENCE
### WILLIAM RIVERA v. KOCH INDUSTRIES, INC.

22. The Plaintiff, William Rivera, incorporates and re-alleges paragraphs 1-13 of this compliant.

23. At all times relevant to this action, the Defendant, Koch Industries, Inc., was under a duty to act reasonably in providing a safe work environment, free from any/all hazards, and to not cause injuries to the Plaintiff, William Rivera.

24. At the time and place aforesaid, the Defendant, Koch Industries, Inc., breached its duty in one or more of the following ways:

    a.    Directed Plaintiff to perform the work in an unsafe manner;

    b.    Failed to provide/recommend Plaintiff with safety equipment;

    c.    Failure to provide/recommend Plaintiff with necessary equipment;

    d.    Failed to provide/recommend a reasonably safe work plan or protocols;

    e.    Failed to provide a reasonably safe workplace;

    f.    Failure to provide/recommend assistance to the Plaintiff as he fed the rolls of paper into the machine;

    g.    Failure to supervise Plaintiff as he fed the rolls of paper into the machine;

    h.    Was otherwise careless, reckless, and negligent in providing a safe workplace for Plaintiff.

25.    That as a direct and proximate result of one or more of the aforementioned careless,

reckless, and negligent acts and/or omissions by the Defendant, Koch Industries, Inc., sustained

bodily injuries and costs related to those injuries.

WHEREFORE, the Plaintiff, William Rivera, demands judgement against the Defendant,

Koch Industries, Inc., in a sum in excess of $30,000.00, plus court costs, attorney fees, and any

other relief this Honorable Court deems fair and just.

Respectfully submitted,

By: /S/ David Koch
Attorney for Plaintiff

Koch & Associates, P.C.
Attorney for Plaintiff
5947 W. 35th Street
Cicero, IL 60804
Tel: (708) 656-9900
Fax: (866) 258-8351
Email: davidk@dkoffices.com
Atty. No. 32692

# EXHIBIT B

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| WILLIAM RIVERA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2021-L-007670 |
| v. | ) |
| | ) |
| GEORGIA-PACIFIC, LLC, GEORGIA PACIFIC | ) |
| CORRUGATED IV, LLC, KOCH INDUSTRIES | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS GEORGIA-PACIFIC LLC AND GEORGIA-PACIFIC CORRUGATED IV LLC'S NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants Georgia-Pacific LLC and Georgia-Pacific

Corrugated IV LLC, have filed a Notice of Removal of the above-captioned civil action, including

all claims and causes of actions, to the United States District Court for the Northern District of

Illinois, Eastern Division. The Notice of Removal was filed on August 27, 2021. A true and correct

copy of the Notice of Removal is attached hereto as Exhibit "A."

The Circuit Court of Cook County shall not proceed further with this case unless and until

it is remanded back to the Court by order of the United States District Court.

Dated: August 27, 2021                  Respectfully submitted,

                                        /s/ Kelly Koss
                                        Kelly K. Koss
                                        BARNES & THORNBURG LLP
                                        One North Wacker Drive, Suite 4400
                                        Chicago, IL 60606-2833
                                        Telephone: (312) 214-8825
                                        kelly.koss@btlaw.com
                                        Firm No. 32715

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| WILLIAM RIVERA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2021-L-007670 |
| v. | ) |
| | ) |
| GEORGIA-PACIFIC, LLC, GEORGIA PACIFIC | ) |
| CORRUGATED IV, LLC, KOCH INDUSTRIES | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

<u>**NOTICE OF FILING**</u>

To:     David Koch
        Koch & Associates, P. C.
        5947 W. 35th Street
        Cicero, IL 60804
        Tel: (708) 656-9900
        Email: davidk@dkoffices.com

On August 27, 2021, we caused to be filed with the Clerk of the Circuit Court of Cook County **Defendants' Notice of Filing Notice of Removal**, a copy of which is hereby served upon you.

                                        /s/ Kelly Koss
                                        Kelly K. Koss
                                        BARNES & THORNBURG LLP
                                        One North Wacker Drive, Suite 4400
                                        Chicago, IL 60606-2833
                                        Telephone: (312) 214-8825
                                        kelly.koss@btlaw.com
                                        Firm No. 32715

<u>**PROOF OF SERVICE**</u>

I, Kelly Koss, the attorney, certify that I served this notice by efile and e-mailing a copy to above party at the e-mail address listed above, on August, 27, 2021.

                                        /s/ Kelly Koss

# EXHIBIT C

ESIS® Global RiskAdvantage

Koch Industries Incorporated (78687)

Home  Inquiry  Reports  Modeling  Profile  Options  My GRA  Help  Logout

User ID: EGLP002 - A

Data Load: 8/26/2021

**CLAIM INFORMATION**

Print Option | Diary | Inquiry Results

☐ Claim Watch List

| | | |
|---|---|---|
| File/Claim Number: 3D44166081355XB | Claimant: RIVERA;WILLIAM | Event Date: 09/26/2019 14:00 |
| Claim Adjuster: KAREN ANDERSON | Status: Open | Close Date: |
| Claim Type: COMP Compensation | Gender: Male | |
| Location/Site: 5941 AURORA ( GP662445 ) | Plant Division: GP662445### | Age: 64 |

Summary | Transactions | Contacts | Claim Notes | State Reporting | Documents | Client Notes/Docs | Legal | Disability Info | Sidecar

Claim Summary

Description: LOADING BOXES WHEN THEY FELT DISCOMFORT IN THEIR UPPER ARM SPRAIN OR STRAIN OF THE NECK

Cause: G2 Bodily Reaction - Sudden Muscular Movements - From Voluntary Motions

Hazard: M3 Taking Unsafe Position or Posture - Unnecessary Exposure Under Suspended Loads

Damage/Injury: UG Sprains, Strains (Including Whip Lash) - Neck

Claim Totals - USD US DOLLAR

| | Gross Reserve | Paid | O/S Reserves | Incurred | Recovery | Incurred Net of Rec |
|---|---|---|---|---|---|---|
| Indemnity | | 8,805.30 | | | | |
| Medical | | 52,286.79 | | | | |
| Expenses | | 5,412.61 | | | | |
| Total | | 66,504.70 | | | 0.00 | |